

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN -
ATTORNEY GENERAL

Honorable H. M. Hooper
County Attorney
Yoakum County
Plains, Texas

Dear Sir:

Opinion No. 0-3105
Re: What are the maximum fees
allowable to the County
Treasurer of Yoakum County,
and can such officer be
paid by salary or ex officio
salary since there will be
excess fees?

The second and third paragraphs of your letter of
January 23, 1941, requesting an opinion of this department,
reads as follows:

"Our County Treasurer, Mrs. Gertrude
Taylor, has asked me to ascertain for her
the maximum of fees that she is allowed to
retain and whether she can be paid by salary
or ex officio salary since she is sure to
exceed her maximum.

"Based on articles 3941 and through 3943b,
I have advised her that $2,000.00 annually is
her maximum, and that it cannot be paid in the
form of salary either straight or ex officio."

As stated in your letter the population of Yoakum
County is 5,503; the valuation of the county is $19,500,000.00
and the area is 879 square miles.

Article 3941, Vernon's Civil Statutes, provides:

"The county treasurer shall receive com-
missions on the moneys received and paid out
by him, said commissions to be fixed by order

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

of the commissioners court as follows:  For receiving all moneys, other than school funds, for the county, not exceeding two and one-half per cent, and not exceeding two and one-half per cent for paying out the same; provided, that he shall receive no commissions for receiving money from his predecessor nor for paying over money to his successor in office."

Article 3942, Vernon's Civil Statutes, provides:

"The treasurers of the several counties shall be treasurers of the available public free school fund and also of the permanent county school fund for their respective counties.  The treasurers of the several counties shall be allowed for receiving and disbursing the school funds one-half of one per cent for receiving, and one-half of one per cent for disbursing, said commissions to be paid out of the available school fund of the county; provided, no commissions shall be paid for receiving the balance transmitted to him by his predecessor, or for turning over the balance in his hands to his successor; and provided, that he shall receive no commissions on money transferred."

Article 3943, Vernon's Civil Statutes, specifically provides that the commissions allowed to any county treasurer shall not exceed $2,000.00 annually.  Yoakum County, whose population is 5,303 inhabitants, valuation $19,500,000.00, does not come within any exceptions as contained in this Article and following the above mentioned limitation clause.

To that portion of your question as to whether such officer may be paid by salary or ex officio, we enclose herewith a copy of our Opinion No. 0-411, covering the point raised, requiring us to affirm as correct the advice given by you to your county treasurer as set forth in the third paragraph of your letter.

You are therefore respectfully advised it is the opinion of this department that the maximum compensation allowed the county treasurer of Yoakum County may not exceed $2,000.00 annually. See Opinion No. 0-411, attached, as to how or when such compensation

Honorable H. M. Hooper, Page 3

may be paid.

      Trusting that the foregoing fully answers your inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By              Wm. J. R. King
                        Assistant

WJRK:RS

, 1941

Gerald C. Mann

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN
